IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY E. MOORE,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 12-cv-1107-JPG

**JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision, IT IS HEREBY ORDERED AND ADJUDGED that petitioner Anthony E. Moore's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Anthony E. Moore.

**DATED:**  July 24, 2013

NANCY J. ROSENSTENGEL, Clerk of Court

By: s/Deborah Agans, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**