IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY E. MOORE,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 12-cv-01107-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Anthony E. Moore's Motion (Doc. 40) for Expedited Review and Motion for Post-judgment Release. The government has not filed a response and the time for doing so has not expired. However, the Court does not require a response.

Petitioner's motion requests that the Court, "expedite review of his Amended Second Motion for Relief from the Judgment." (Doc. 40, pg 1). A ruling on petitioner's Amended Second Motion (Doc. 38) was issued by this Court on June 20, 2016.

Petitioner's motion also requests post-judgment release due to his father's illness. Although the Court sympathizes with the petitioner, the Court does not have jurisdiction to consider post-judgment release as this matter is no longer pending before this Court.

Defendant Anthony E. Moore's Motion (Doc. 40) for Expedited Review and Motion for Post-judgment Release is **DISMISSED** for lack of jurisdiction.

The Clerk of Court is **DIRECTED** to provide the petitioner a copy of this order and also a copy of the Court's Memorandum and Order (Doc. 39) entered on June 20, 2016.

**IT IS SO ORDERED.**

**DATED:** 7/27/2016

                            *s/J. Phil Gilbert*
                            **J. PHIL GILBERT**
                            **DISTRICT JUDGE**